Beverly G. GEBHARDT, Petitioner,

v.

DEPARTMENT OF the AIR FORCE, Respondent.

No. 05–3335.

United States Court of Appeals, Federal Circuit.

Dec. 16, 2005.

Beverly G. Gebhardt, pro se.

ON MOTION

BRYSON, Circuit Judge.

*ORDER*

Beverly G. Gebhardt moves for reconsideration of the court's November 10, 2005 order dismissing her petition for review for failure to file a brief. The Department of the Air Force opposes.

Gebhardt has now filed her brief.

Accordingly,

IT IS ORDERED THAT:

(1) Gebhardt's motion for reconsideration is granted.

(2) The November 10, 2005 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.